460 A.2d 850

Commonwealth v. Layne a/k/a Brother
Jeremiah, Appellant.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

DiSALLE, J., did not participate in the consideration or decision of this case.